UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID W. McCORMICK,<br><br>                    Plaintiff,<br><br>v.<br><br>NORTHERN VICTOR F/V, et al.,<br><br>                    Defendants. | No. C04-654JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of this matter and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

DATED this 30th day of June, 2005.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL